UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :        Waiver of Indictment
                                 :
        - v. -                   :        21 Cr. _270____
                                 :
RAUL ALVAREZ TAVAREZ,            :
                                 :
        Defendant.               :
- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846 and 841(b)(1)(A), and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _Raul Alvarez by DJY._____
                                        RAUL ALVAREZ TAVAREZ
                                        Defendant


                                        _____
                                        Witness

                                        _____
                                        Donald J. Yannella, III, Esq.
                                        Counsel for Defendant

Date:      New York, New York
           April _23_, 2021