UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Plaintiff,

      -against-

RAUL ALVAREZ TAVAREZ,
                    Defendant,
------------------------------------------------------------X

21 Cr. 270 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Raul Alvarez Tavarez's sentencing hearing shall be held on **August 19, 2021**, at **11:15 a.m.** Defendant's pre-sentencing submission, if any, shall be filed on or before **July 26, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **July 29, 2021.**

Dated: April 28, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**