UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL ALVAREZ TAVAREZ,<br><br>Defendant. | ORDER<br><br>21 Cr. 270 (LGS) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 26, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:   New York, New York
         May 10, 2021

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE