UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                    Plaintiff,                         :
                                                              :          21 Cr. 270 (LGS)
         -against-                                          :
                                                              :          ORDER
RAUL ALVAREZ TAVAREZ,                                         :
                    Defendant,                         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for November 1, 2021, at 11:00 a.m., is adjourned to **November 1, 2021, at 3:15 p.m.**

Dated: November 1, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                   **UNITED STATES DISTRICT JUDGE**